## WILLIAMS *v.* FLORIDA.

No. 279, Misc.   Decided June 10, 1968.

*Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment of the District Court of Appeal of Florida, First District, is vacated and the case is remanded to that court for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123.   See *Roberts* v. *Russell, ante,* p. 293.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).